# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Parsons Constructors & Fabricators, Inc. | ) ASBCA No. 58910 |
| | ) |
| Under Contract No. DAAA09-99-C-0016 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:
Kevin J. Slattum, Esq.
Pillsbury Winthrop Shaw Pittman LLP
Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:
E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58910, Appeal of Parsons Constructors & Fabricators, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals